IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAUNCEY VINCENT THOMAS, SR.,
    Plaintiff,

vs.                                        Case No. 3:12cv586/RV/CJK

KENNETH TUCKER, et al.,
    Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 14, 2012. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g). Plaintiff may re-file his complaint if it is accompanied by the full $350.00 filing fee.

4. The clerk is directed to close the file.

DONE AND ORDERED this 15th day of January, 2013.

                                    /s/ *Roger Vinson*
                                  ROGER VINSON
                                  SENIOR UNITED STATES DISTRICT JUDGE